No. 95–7707. WHITEHEAD v. DEUTCH, DIRECTOR OF CENTRAL INTELLIGENCE; and

No. 95–7708. WHITEHEAD v. DEUTCH, DIRECTOR OF CENTRAL INTELLIGENCE, ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 95–7715. CORREO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 95–7716. CHILDRESS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 95–7719. WRIGHT, AKA DENVERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 95–7721. NORFUS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 95–7730. LEWIS v. UNITED STATES ATTORNEY ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 95–7736. GRIGSBY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 95–7737. PINKSTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 95–7738. RUBIDOUX v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 95–7741. PICCIOTTI v. SWEENEY. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. ▮

No. 95–7742. BYRD v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–7743. VALDEZ ANDAVERDE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 95–7745. CAUSLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 95–7747. BONIFACIO AMPARO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮